## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| PATRICK COLLINS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 3:12-cv-00574-HLA-JRK |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-32, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### ORDER GRANTING PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANTS WITH A SUMMONS AND COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's Third Motion for Extension of Time Within Which it Has to Serve Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until thirty (30) days after this Court enters a ruling on the pending motions to quash [Dkt. #s 7, 14, 15, 16, 20 and 21] to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this ___ day of _____, 2012.


By: _____
**UNITED STATES DISTRICT JUDGE**