UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PATRICK COLLINS, INC. | ) |
| Plaintiff, | ) Case No: 3:12-cv-00574-HLA-JRK |
| v. | ) |
| JOHN DOES 1-32, | ) |
| Defendants. | ) |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO JOHN DOE 30'S MOTION TO SEVER, DISMISS, OR ISSUE PROTECTIVE ORDER AND ADOPTED SUPPORTING MEMRANDUM [SIC] OF LAW**

Defendant's Motion simply adopts the motions and memorandums of John Doe 24 [DE 20], John Doe 5 [DE 13 ], and John Doe 22 [DE 12]. Likewise, Plaintiff adopts and incorporates herein, its memorandum in opposition to John Doe 24's Motion to Quash Subpoena [DE 23], memorandum in opposition to John Doe 22's Amended Motion for protective order, Motion to quash Non-Party Subpoena, Motion to dismiss Complaint [DE 18]; and its memorandum in opposition to John Doe 5's Amended Motion for protective order, Motion to quash Non-Party Subpoena, Motion to dismiss Complaint [DE 17].

For the reasons stated in Plaintiff's oppositions, Plaintiff respectfully requests the Court deny Defendant's motion.

Dated: September 13, 2012

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*