**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PATRICK COLLINS, INC.,

          Plaintiff,

vs.                                               Case No. 3:12-cv-574-J-25JRK

JOHN DOES 1-32,

          Defendants.
_____/

**O R D E R**

This cause is before the Court on Plaintiff's Third Motion For Extension Of Time Within Which It Has To Serve Defendants With A Summons And Complaint (Doc. No. 22; "Motion"), filed September 12, 2012.[1] In the Motion, Plaintiff "requests that the time within [which] it must effectuate service of a summons and Complaint on each Defendant be extended until at least thirty (30) days after the Court enters a ruling on the pending motions." Motion at 2. Plaintiff explains that due to the pending motions which seek, inter alia, to quash the subpoenas issued on Defendants' Internet Service Providers ("ISP(s)"), "[m]any of the ISPs have advised Plaintiff that they cannot produce the identifying information for the Defendants." Id. at 1. Without this identifying information, Plaintiff contends that it cannot properly perfect service of process within the time provided by Rule 4(m), Federal Rules of Civil Procedure. Id. at 2.

---

[1] Although the Motion is entitled "Third Motion," a review of the docket reflects that this is the first motion to extend time filed in this matter.

A Report and Recommendation (Doc. No. 35) was entered on December 6, 2012, recommending that the pending motions be denied.  Given the procedural posture of the matter, the Court finds good cause to grant the relief requested in the Motion.

Accordingly, it is

**ORDERED**:

1. Plaintiff's Third Motion For Extension Of Time Within Which It Has To Serve Defendants With A Summons And Complaint (Doc. No. 22) is **GRANTED**.

2. Plaintiff shall perfect service of process on each Defendant within **thirty (30) days** after entry of a final order regarding the resolution of the pending motions.

**DONE AND ORDERED** at Jacksonville, Florida on December 10, 2012.

_James R. Klindt_
JAMES R. KLINDT
United States Magistrate Judge

jld
Copies to:
Counsel of Record
Pro se parties