UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**PATRICK COLLINS, INC.**,

    Plaintiff,

vs.                                               Case No. **3:12-cv-574-J-25JRK**

**JOHN DOES 1-32**,

    Defendants.
_____

**MALIBU MEDIA, LLC**,

    Plaintiff,

vs.                                               Case No. **3:12-cv-1100-J-25TEM**

**JOHN DOES 1-27**,

    Defendants.
_____

**WEST COAST PRODUCTIONS, INC.**

    Plaintiff,

vs.                                              Case No.  **3:12-cv-1277-J-25JRK**

**DOES 1-448**,

    Defendants.
_____

## ORDER

These cases are before the Court *sua sponte*. The Plaintiffs in

the instant cases, as well as several other cases filed in this district, allege that the Doe Defendants have infringed on Plaintiffs' copyrights to pornographic motion pictures through the use of a peer-to-peer file sharing protocol. The Honorable Timothy C. Corrigan has recently entered a well reasoned Order in three of his cases finding that the Court should initially address the issue of severance (3:12-cv-964; Dkt. 20). The undersigned adopts Judge Corrigan's reasoning and agrees that these cases should not proceed further until the Court addresses the issue of severance. Accordingly, it is **ORDERED**:

1. These cases are **STAYED** and **administratively closed** pending further order of the Court;

2. All discovery in these cases is **STAYED**;

3. On or before **January 31, 2013**, Plaintiffs shall show cause why the Defendants in each case should not be severed.

**DONE AND ORDERED** this 15 day of January 2013.

HENRY LEE ADAMS, JR.
United States District Judge

Copies:

Counsel of Record
Unrepresented parties