UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PATRICK COLLINS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOES 1-32, )<br>)<br>Defendants. )<br>_____ ) | Case No: 3:12-cv-00574-HLA-JRK |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOES 1, 2, 3, 4, 5, 6, 7, 8, 9, 10,
11, 12, 13, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31 & 32**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31 & 32 ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 67.190.198.30, 68.56.108.241, 68.56.125.110, 68.56.218.72, 68.59.144.160, 69.138.112.179, 76.122.30.228, 76.26.180.66, 76.26.245.215, 98.208.218.91, 98.231.109.35, 98.191.87.51, 138.210.108.230, 184.1.249.7, 207.30.98.34, 71.49.28.188, 71.49.9.216, 108.9.132.61, 173.65.253.169, 173.65.91.190, 173.78.202.206, 173.78.62.43, 71.180.82.41, 72.64.149.56, 72.77.197.244, 72.91.184.185, 96.228.196.248, 96.243.135.232, 96.243.181.89 and 96.254.148.143, respectively. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated May 16, 2013

1

> Respectfully submitted,
>
> By: /s/ *M. Keith Lipscomb*
> M. Keith Lipscomb (429554)
> klipsomb@lebfirm.com
> LIPSCOMB, EISENBERG & BAKER, PL
> 2 South Biscayne Blvd.
> Penthouse 3800
> Miami, FL 33131
> Telephone: (786) 431-2228
> Facsimile:  (786) 431-2229
> *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of May, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

> By: /s/ *M. Keith Lipscomb*
> M. Keith Lipscomb