UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**PATRICK COLLINS, INC.**,

   Plaintiff,

v.                                      Case No. 3:12-cv-574-J-25JRK

**JOHN DOES 1-32**,

   Defendant.

## O R D E R

Pursuant to Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 18 Only (Dkt. 25), and Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 1 - 17, 19 - 32, it is

**ORDERED:**

1. This action is **DISMISSED with prejudice** as to John Doe 18.

2. This action is **DISMISSED without prejudice** as to John Does 1 - 17, 19 - 32.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of May, 2013.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:    Counsel of Record